**Franklin GRULLON, Plaintiff–Appellant,**

v.

**UNITED STATES of America, Delano Reid, James Haridopolos, John Doe # 1, a/k/a "Bradley," John Doe # 2, a/k/a "Junior," Edward Delatorre, Edward Piraglia and Nicholas Witkowich, Defendants–Appellees.**

No. 00–205.

United States Court of Appeals, Second Circuit.

Nov. 28, 2001.

Franklin Grullon, Forrest City, AR, pro se.

Michael D. Hess, Corporation Counsel of the City of New York, New York, NY; Mordecai Newman, Assistant Corporate Counsel, on the brief, for appellees.

Present MESKILL, JACOBS, Circuit Judges, and LYNCH, District Judge.*

*SUMMARY ORDER*

UPON DUE CONSIDERATION, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the judgment of the district court be AFFIRMED.

Franklin Grullon appeals from two orders entered by the United States District Court for the Southern District of New York: (1) granting summary judgment for the defendants-appellees on all Grullon's claims and denying his motions for a preliminary injunction and to file an amended complaint, 1999 WL 436457 (S.D.N.Y. June 24, 1999); and (2) denying Grullon's motion for reconsideration of the judgment, 2000 WL 648891 (S.D.N.Y. May 19, 2000). We affirm for substantially the reasons stated in Judge Sweet's orders.

The judgment of the district court is hereby AFFIRMED.

---

* The Honorable Gerard E. Lynch of the United States District Court for the Southern District of New York, sitting by designation.